IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sylvester Brinson, | ) |
| | ) |
| | ) No. 24-cv-3741 |
| *Plaintiff,* | ) |
| | ) Judge Kness |
| *-vs-* | ) |
| | ) Magistrate Judge Appenteng |
| | ) |
| Thomas Dart, Sheriff of Cook County, | ) |
| and Cook County, Illinois, | ) |
| | ) |
| *Defendants.* | ) |

## SUMMONS RETURNED EXECUTED

Plaintiff, by counsel, files the attached executed Return of Service of Summons in a Civil Action on the Sheriff of Cook County and Cook County, Illinois.

/s/ Patrick W. Morrissey

Thomas G. Morrissey, Ltd.
Patrick W. Morrissey
10257 S. Western Ave
Chicago, Il. 60643
(773)233-7901
pwm@morrisseylawchicago.com
*An attorney for plaintiff*

B Rinsaw to cashy

23b

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 5-10-2024 |
| NAME OF SERVER (PRINT) PAT MORRISY | TITLE Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: to Cook County Room 230 Clerks office to Ms. Johnson Personly

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-10-24
  Date   Signature of Server

Address of Server: 10257 S Western Ave. Chicago, IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Brinson to Sheriff    24-cv-3741

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5-10-24 |
| NAME OF SERVER (PRINT) PAT MOINSSE | TITLE Attorney |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Room 701 of Daly Center
Personally Accepted By warrants of Sheriff's legal office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-10-2024
            Date            Signature of Server

10267 S. Western Ave Chicago IL 60643
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.