**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Brinson v. Dart et al.     Case Number: 24-cv-3741

An appearance is hereby filed by the undersigned as attorney for: Defendants

Attorney name (type or print): Zachary G. Stillman

Firm: DeVore Radunsky LLC

Street address: 230 W Monroe, Ste 230

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6342749     Telephone Number: 312-300-4479
(See item 3 in instructions)

Email Address: zstillman@devoreradunsky.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 10, 2024

Attorney signature: S/ Zachary G. Stillman
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023