IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sylvester Brinson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3741 |
| | ) | |
| v. | ) | Honorable John F. Kness |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Magistrate Judge Jeannice W. |
| and Cook County, Illinois | ) | Appenteng |
| | ) | |
| Defendants. | ) | |

**OFFER OF JUDGMENT**

Necessary party and Indemnitor, Cook County ("Defendant"), by and through its attorneys, Jason DeVore and Troy Radunsky of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 68, and make the following offer of judgment to Plaintiff Sylvestor Brinson:

1. A judgment in favor of Plaintiff Sylvestor Brinson ("Plaintiff") and against Defendant Cook County in the sum of $10,000 (TEN THOUSAND DOLLARS). This amount of $10,000 shall be the total amount to be paid by Defendant on account of any liability claimed in this action, including all costs of suit and attorneys' fees accrued to date.

2. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and shall not be construed as either an admission that the named Defendants are liable in this action, or that the Plaintiff, Sylvestor Brinson, has suffered any damage. This offer is made solely for the purpose of compromising a disputed claim.

3. This offer of judgment is inclusive off all claims that the Plaintiff has or may have against Defendants, and against any other current or former employees or agents of Cook County, or the Sheriff of Cook County, related to or arising from the incidents or injuries alleged in Plaintiff's complaint, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses, and costs of suit.

4. If this offer is rejected and you do not recover in excess of the amount offered, your

Exhibit 1 Page 1

attorneys' fees claim will be capped as of the date of this offer.

5. Pursuant to Fed. R. Civ. P. 68, an offer not accepted in writing within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

By: */s/ Troy S. Radunsky*
Troy S. Radunsky, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

Under penalties as provided by law, pursuant to 28 U.S.C.A. § 1746, I hereby certify that a true and correct copy of **Defendants FRCP 68 Offer of Judgment** was served upon Plaintiff's counsel of record on June 11, 2024, via electronic mail.

By: /s/ *Troy S. Radunsky*
Troy S. Radunsky (ARDC # 6269281)
*One of the Attorneys for the Defendants*

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479
tradunsky@devoreradunsky.com