# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sylvester Brinson

                    Plaintiff,

v.                                                   Case No.: 1:24−cv−03741

                                                              Honorable John F. Kness

Thomas Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable John F. Kness: Status hearing held on 7/1/2024, during which the parties advised that the Court should enter a final judgment order consistent with the offer of judgment noted in the status report filed at Dkt. 11. Following the hearing, the parties provided an agreed proposed order. Enter separate final judgment order in favor of Plaintiff. Defendants' motion to dismiss [10] is dismissed as moot. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.