IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYLVESTER BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-cv-03741 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| THOMAS DART, SHERIFF OF COOK COUNTY, and COOK COUNTY, ILLINOIS | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT ORDER

Consistent with Rule 68(a) of the Federal Rules of Civil Procedure, final judgment is entered in favor of plaintiff Sylvester Brinson in the amount consistent with Defendants' Offer of Judgment, filed at Dkt. 11-1.

SO ORDERED.

Date: July 1, 2024

_____
JOHN F. KNESS
United States District Judge