Date: July 13, 2024

FILED
AUG -9 2024 JC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: United States District Court
Prisoner Correspondence
219 South Dearborn st. 20th FL.
Chicago, IL. 60604

Re: Brinson v. Dart (2023); Brinson v. Fernando (2023) — Minute Orders in both Cases; Reason for Dismissal.

Dear Clerk:

I am sending this correspondence because, Im having trouble having these 2 cases reinstated in Court. I know that both cases were dismissed because I was unable to provide a forwarding addresss.

The reason was that I became very sick from Covid-19, while I was on Home monitor. Had I been able to speak with an attorney, I would have. When I wrote this Court concerning this matter asking for the last minute Order in each case as I would like too move forward with the both of them.

This office sent me a response to the effect that, if I wanted copies from the above cases that I would have to send a Facility Check, to secure the documents. Somehow, the check was voided and I never completed

the Transaction. Can you Please give me Sum guidance As to how I Can obtain the minute Orders IN the Above 2 Cases.

Thank you for your time And Reading this. I look forward to your Response in the Coming weeks. Your Assistance is greatly Appreciated. Have A Blessed Week!

Sincerely,
Sylvester Brinson
#2024-0314016
Cook County Jail
2700 South California Ave.
Chicago, IL. 60608

NOTE:

- IN BRISON V. DART (REFILED 2023) I BROUGHT my Complaint in regards too my KNEE BRACE that I was placed in following A SURGERY. when the Defendants took my KNEE BRACE it left my unsupported And it popped out of place. Please send me A Statement of facts from this Complaint.

- IN BRINSON V. FERNANDO (REFILED 2023) I Began Taking medication that Caused me to Develop Diabetes which I did not have before. This medical Condition has gotten progressively worse. I would Also like A Statement of facts from this Complaint AS well.

- Thank you for your Assistance in this matter. I look forward to your Response in the Coming weeks.

Signed.
Sylvester Brinson
#20240314016
July 13, 2024

Sylvester Brinson
20240314016
2650 S California
Chicago Ill 60608

S SUBURBAN IL 604
6 AUG 2024 PM 4 L

United State District Court
219 South Dearborn Street
Chicago Illinois 60604

60604-180099




08/09/2024-13