UNITED STATES DISTRICT COURT

FILED
SEP 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

COMPLAINTIFF )
SYVESTER BRINSON ) CASE NO:
  VS. )
THOMAS DART ) TITLE: 1983 FORMI PAUPERIS FORM
DEFENDANT )

I THE COMPLAINTIFF, SYVESTER BRINSON REQUESTS for THE HONORABLE DISTRICT "JUDGE" THAT'S HANDLING MY CIVIL COMPLAINT "CASE" for BRINSON VS. THOMAS DART "COMPLAINT," ABOUT MY "KNEE-BRACE" WAS TAKEN FROM ME, DENYING ME METAL TREATMENT BECAUSE THE "KNEE BRACE" KEEP MY KNEE FROM JUMPING OUT OF "PLACE", I'M REQUESTING "INFORMATION" ON THIS "CASE" AS WELL AS COPIES FOR STATEMENT OF "CLAIM" DOCUMENTARY". TO GET MY CASE BACK IN FRONT OF A PRESIDING JUDGE.

SYVESTER BRINSON
NO: 20240314016 + Prison ID R29606
DIVISION 8 RTU SD
COOK COUNTY JAIL
2700 S CALIFORNIA AVE
CHICAGO ILLINOIS 60608

IN BRINSON VS. FERNANDO [Refiled IN 2023], I began taking a medication that was "prescribed" by the defendant, the defendant "knew" or should have "known" that the "medication" which was "recalled", because it "causes" "diabetes", I did not have this medical disease before, now my health has become "critical" "worse."

Sylvester Brinson
NO 20240314016 + Prison ID R29606
Division 8 RTU 5D
Cook County Jail
2700 S California Ave
Chicago Illinois 60608

SYLVESTER BRINSON
NO: 20240314016 DIVISION 8 RTU 5D
COOK COUNTY JAIL
2700 S CALIFORNIA AVE
CHICAGO ILLINOIS
60608

09/17/2024-9

CAROL STREAM IL 601
14 SEP 2024 PM 2 L

UNITED STATES DISTRICT COURT
219 S DEARBORN
CHICAGO ILLINOIS 60604